Opinion issued May 14, 2026



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-26-00455-CV

————————————

## IN RE KEVIN HENRY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator Kevin Henry has filed a petition for writ of mandamus complaining of the trial court's order assessing sanctions.[1]  We deny mandamus relief. *See* TEX. R. APP. P. 52.8(a).  We dismiss any pending motions as moot.

---

[1]     The underlying case is *Derrick Dees v. Kevin Henry, Peter Lefevre, and Brittney Darbonne*, cause number 136646-CV, pending in the 239th District Court of Brazoria County, Texas, the Honorable Greg Hill presiding.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Guiney.